**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **INTERVEST NATIONAL BANK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT WELCH** | : | **NO. 10-3119** |

**ORDER**

**AND NOW**, this 7th day of April, 2011, upon consideration of the Plaintiff's Motion for Summary Judgment (Document No. 27), the defendants' response, the plaintiff's reply, and the defendants' sur-reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. No later than April 21, 2011 the parties shall submit a proposed order awarding the plaintiff relief consistent with the memorandum opinion accompanying this Order. If the parties cannot agree on a proposed order, they shall file separate proposed orders accompanied by explanations not to exceed three pages.

2. Judgment will be entered after the parties have complied with the foregoing paragraph.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.